IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIEMENS FINANCIAL SERVICES, INC.**                                    **PLAINTIFF**

V.                      No. 4:19-CV-00753-BRW-ERE

**PAUL EVERETT**                                                          **DEFENDANT**

### JUDGMENT

The Joint Motion for Judgment is GRANTED (Doc. No. 39). Judgment is entered for Siemens Financial Services, Inc.'s against Paul Everett as follows:

(1) Money damages of $425,000.00 suffered by Plaintiff as a result of Defendant's default under the Everett Guaranty (as defined in Defendant's Complaint);

(2) Reasonable post-judgment attorneys' fees and costs; and

(3) Post-judgment interest at the statutory rate.

This Judgment is final for all purposes. The automatic stay in Federal Rule of Civil Procedure 62 does not apply. This Judgment may be enforced to the fullest extent of the law, and there is no reason for delay.

Based on Federal Rule of Civil Procedure 69 and Arkansas Code Annotated § 16-66-221, Defendant will prepare and file, within 45 days of the date of this Judgment, a schedule, verified by affidavit, of all his property, both real and personal, including money, bank accounts, rights, credits, and rights in action held by himself or others for him. He also must specify the particular property which he claims as exempt under the law.

This case is CLOSED.

IT IS SO ORDERED this 16th day of November, 2022.

                                                                        _Billy Roy Wilson_
                                                                     UNITED STATES DISTRICT JUDGE